7/1/2023

To Honorable Judge Cooper:

I have known Macsen Rutledge since he was about 5 years old. I am aware that he was in the Capitol building during the insurrection and I do not condone that action. I do want to say that from what I know of him, he is not planning on any acts against the government or to participate in any further actions like the insurrection on January 6th.

Macsen is an intelligent man, but he has always been quite impressionable. I believe he was there to be part of a peaceful protest and got caught up in more than he bargained for.

I hope that the decision of the court will be probation rather than incarceration, as I think that being incarcerated would do him more harm than good. I think he knows he made a mistake and he will not participate in that sort of action again.

Sincerely,

Carol F Jester

11225-C Paseo del Oso NE

Albuquerque, NM 87111

505-250-5805