To Honorable Judge Cooper,

My name is Elsbeth Steele and I have known Macsen Rutledge as a dear friend and travel companion for over twenty years. We have driven across the country together, lived on islands in Hawaii together and partaken in shannanagins together, when we were younger. I know him very well and he is a deeply humble, honest and good man.

He can be a bit wild and get caught up in a hullabaloo, but he has always learned from his mistakes and does not repeat them.

Macsen has been a very loyal friend to me, and has helped me out a ton in my life.

He's never in my eyes been a Trumper. He is not political. On January 6th he did something way out of character. He's just an idiot, who is sometimes too smart for his own good.

Elizabeth Steele

Elsbethsteele@gmail.com