From: Marilyn N. Brady

Date: June 23, 2023

Your Honor:

I met Macsen Rutledge in the spring of 2021 when he began attending Holy Apostles Orthodox Church, where I am a member. He became very interested in the church, asking many questions of the priest. As he got to know people in the church he began to volunteer and to help out in various ways, such as cleaning the church and bringing food for coffee hours. He was received into membership of the church in January 2022 by Baptism and Chrismation.

In order to be closer to the church, he rented an apartment in the house in Groton NY, where I also rent an apartment. We have collaborated on a garden here, along with hosting some small groups from the church.

When a building committee was formed at the church, he became active in that, helping to organize our ideas about how to proceed with finding or building a new church building.

He continues to be active in the church, singing in the choir and volunteering in various ways.


Marilyn Brady
139 E. Cortland St., Apt 1
Groton NY 13073