Hello, Your Honor,

My name is Monika Fawkes and I am writing in support of Macsen Rutledge.

I was born in Germany in 1980. I'm a friend of the twin brothers Seth and Macsen Rutledge. I met Macsen for the first time in 2021 when I visited the family in Syracuse, NY. Macsen and I have had a very friendly and easy relation from when we got to know each other. We went out to hike in nature, joined family meetings and he invited me to visit his orthodox church. We were talking a lot about our pasts and about life in general and had deep conversations about spirituality and philosophy. I went back to visit the family Rutledge again last year, in 2022.
Macsen and I are maintaining our friendship over time and distance and I'm looking forward to coming to visit the Rutledge family soon again. He is a very good man.

Sincerely, Monika Fawkes