Your Honor,

My name is Tina L. Higgins. I am writing in support of a lovely and good man, Macsen Rutledge.  I am happy to be a friend of Macsen's. I am recently retired, having worked 30 years for New York State with the OPWDD - Office for People with Developmental Disabilities. Prior to this, I served 4 years in the Air Force, and then obtained a B.A. in Criminal Justice from Cal State Fullerton.

As a Retiree, I am involved in a lot of volunteerism. From designing and maintaining the website of a local Irish Cultural Group, to being on the Board of Directors of the German-American Society in Central NY. In addition, I am involved in local politics and causes.

It was at one of these events here that I met Macsen, approximately 3 years ago.

Macsen is hard-working; running a Painting Business with his brother, Seth. He is meticulous and thorough in his work. He is a devout Christian, and he strives to live his faith. He is in a 12-step program (alcohol), and has done well with his recovery, leaning on the Big Book and his deep faith in his Higher Power to see him through any travails. He cherishes his family and friends, and is willing to lend a hand to them, in times of need.

Macsen is quite a bit younger than me. He is like the little Brother I never had. Yet he has taught me much. Patience, for one. Macsen is very chill with folks;  I don't think I have ever seen him angry. Then, he is so creative. He has taught me many diverse things - - from the care, feeding and herding of guinea pigs, to making a lovely Memorial Wreaths out of a spent Christmas Tree. He also taught me and my friend Lisa to play Croquet. His interests are many and varied, and he is always up to learning something new. He has broadened my worldview, by recommending new books to me.

Finally, I want to say, I am very glad to have met Macsen, and I consider him a loyal and fine friend.  Please give him a second chance. He is a good person and a gift to his

church and our community.  He is a good citizen and a proud and peace loving American .

In conclusion, I would like to thank you for taking the time to read this, and  I remain -

Respectfully yours,
Tina L. Higgins